**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
John Robert Bellini,

                Plaintiff,                        7:22 **CIVIL** 9639 (VR)

           -v-                                   **<u>JUDGMENT</u>**

Martin O'Malley, Commissioner of Social
Security Administration,

                Defendant,

Social Security Administration,

                Interested Party.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 28, 2024, Bellini's motion is GRANTED, the Commissioner's request to affirm is DENIED, and the action is REMANDED for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      March 28, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                            **BY:**
                                                       **Deputy Clerk**